# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 199 EAL 2023

    Respondent

    Petition for Allowance of Appeal
    from the Order of the Superior Court

    v.

MICHAEL ACOSTA,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 200 EAL 2023

    Respondent

    Petition for Allowance of Appeal
    from the Order of the Superior Court

    v.

MICHAEL ACOSTA,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 201 EAL 2023

    Respondent

    Petition for Allowance of Appeal
    from the Order of the Superior Court

    v.

MICHAEL ACOSTA,

    Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.